UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 20-027535
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

WALTER KASSNER AND DARLENE KASSNER,
DEBTORS

Order Filed on April 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 20-14770-SLM

HEARING DATE: MAY 13, 2020

JUDGE: HONORABLE STACEY L. MEISEL

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 23, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Andrew M. Carroll, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 306 Main Street, East Rutherford, NJ 07073.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $1,079.83; as evidenced in Secured Creditor's Proof of Claim 2-1 filed on April 8, 2020.

3. Debtor(s) agree to incorporate this amount, $1,079.83, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,815.40.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on April 7, 2020; ECF Doc.:12.

6. This Consent Order is hereby incorporated into Debtors' Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

Date: 04/10/2020

Andrew M. Carroll, Esquire
Attorney for the Debtors

Date: 4/10/20

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 20-14770-SLM
Walter Kassner                                                           Chapter 13
Darlene Kassner
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Apr 23, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db/jdb         +Walter Kassner,    Darlene Kassner,    287 Carlton Avenue,    East Rutherford, NJ 07073-1049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          Andrew M. Carroll    on behalf of Debtor Walter  Kassner AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Andrew M. Carroll    on behalf of Joint Debtor Darlene  Kassner AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6