Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14770−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Walter Kassner | Darlene Kassner |
| 287 Carlton Avenue | 287 Carlton Avenue |
| East Rutherford, NJ 07073 | East Rutherford, NJ 07073 |

Social Security No.:
 xxx−xx−5246                                                          xxx−xx−0095

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/22/20 and a confirmation hearing on such Plan has been scheduled for 5/13/20.

The debtor filed a Modified Plan on 5/6/20 and a confirmation hearing on the Modified Plan is scheduled for 06/10/2020 AT 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 7, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 20-14770-SLM
Walter Kassner                                                                          Chapter 13
Darlene Kassner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 07, 2020
                              Form ID: 186             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
```
db/jdb         +Walter Kassner,    Darlene Kassner,    287 Carlton Avenue,    East Rutherford, NJ 07073-1049
518774725      +Atlantic Credit & Finance/Comenity,    PO Box 2083,    Warren, MI 48090-2083
518774728      +Ed Finance,    PO Box 36008,    Knoxville, TN 37930-6008
518774729      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518774730      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
518774731      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518774733      +Metropolitan Dermatology,    Billing Department,    469 Morris Avenue,    Suite 3,
                 Elizabeth, NJ 07208-2904
518774734      +Modells Sporting Goods,    498 Fashion Avenue,    20th Floor,    New York, NY 10018-6704
518774735       One Main,    601 N. W. Second Street,    Evansville, IN 47708
518774736      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518774738      +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
518776385      +Rosemary Pilovski,    306 Main Street,    East Rutherford, NJ 07073-1731
518774739       Sunnova Asset Portfolio 4 LLC,    c/o Corporation Service Company,
                 Princeton South Corporate Center, 100,    Ewing Boulevard, Suite 160,    Ewing, NJ 08628
518774740       Tenaglia and Hunt,    396 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662
518774742       Transunion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Crum Lynne, PA 19022
518774743      +US Bank, NA,    3217 South Decker Lake Drive,    Salt Lake City, UT 84119-3284
518811347      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518797694      +Wells Fargo Bank, N.A.,    1 Home Campus,    Des Moines, IA 50328-0001
518774744      +Wells Fargo, Auto,    PO Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518774726       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2020 23:43:29     Capital One,
                 1500 Capital One Drive,    Henrico, VA 23238
518774727      +E-mail/PDF: creditonebknotifications@resurgent.com May 07 2020 23:41:54     Credit One Bank,
                 P.O. Box 98875,    Las Vegas, NV 89193-8875
518774732       E-mail/Text: bncnotices@becket-lee.com May 07 2020 23:37:41     Kohls/Capital One,
                 N56 Ridgewood Drive,    Menomonee Falls, WI 53051
518779470       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 23:41:59     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518808305       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 23:38:13
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
518774741      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2020 23:38:04     The Avenue,
                 10300 Sanden Drive,    Dallas, TX 75238-1735
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518774737*     +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: May 07, 2020
                              Form ID: 186               Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:

        Andrew M. Carroll    on behalf of Debtor Walter  Kassner AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com

        Andrew M. Carroll    on behalf of Joint Debtor Darlene  Kassner AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com

        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Elizabeth L. Wassall    on behalf of Creditor   WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6