| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | Order Filed on May 8, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Darlene Kassner<br>Walter Kassner<br><br>Debtors. | Case No.: 20-14770 SLM<br>Adv. No.:<br>Hearing Date: 5/13/2020 @ 8:30 a.m.<br><br>Judge: Stacey L. Meisel |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 8, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:   Darlene Kassner and Walter Kassner
Case No.:  20-14770 SLM
Caption:   **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1, holder of a mortgage on real property located at 287 Carlton Avenue, East Rutherford, NJ 07073, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Andrew M. Carroll, Esquire, attorney for Debtors, Darlene Kassner and Walter Kassner, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves the right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Walter Kassner  
Darlene Kassner  
    Debtors

Case No. 20-14770-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 08, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.  
db/jdb        +Walter Kassner,    Darlene Kassner,    287 Carlton Avenue,    East Rutherford, NJ 07073-1049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:

         Andrew M. Carroll    on behalf of Debtor Walter  Kassner AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com  
         Andrew M. Carroll    on behalf of Joint Debtor Darlene  Kassner AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 6