| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Case No.: 20-14770 |
| IN RE:<br><br>WALTER KASSNER<br>DARLENE KASSNER | Adv. No.:<br><br>Hearing Date:  06/08/2022<br><br>Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/03/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
WALTER KASSNER
DARLENE KASSNER
287 CARLTON AVENUE
EAST RUTHERFORD, NJ  07073
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDREW M. CARROLL, ESQ.
427 N. PACKARD ST.
HAMMONTON, NJ  08037
Mode of Service:  ECF and/or Regular Mail

Dated:  May 03, 2022

By:  /S/  Jessica Antoine
     Jessica Antoine