Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−14770−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Darlene Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Social Security No.:
  xxx−xx−5246

               xxx−xx−0095

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
     Debtor and Joint Debtor was entered on June 8, 2022.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 8, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-14770-SLM

Walter Kassner                                                                   Chapter 13

Darlene Kassner

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 08, 2022                     Form ID: 148                              Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

^                      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##                   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
                       the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
                       undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter Kassner, Darlene Kassner, 287 Carlton Avenue, East Rutherford, NJ 07073-1049 |
| 518774725 | + | Atlantic Credit & Finance/Comenity, PO Box 2083, Warren, MI 48090-2083 |
| 518774728 | + | Ed Finance, PO Box 36008, Knoxville, TN 37930-6008 |
| 518774733 | + | Metropolitan Dermatology, Billing Department, 469 Morris Avenue, Suite 3, Elizabeth, NJ 07208-2904 |
| 518774735 | | One Main, 601 N. W. Second Street, Evansville, IN 47708 |
| 518831040 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518776385 | + | Rosemary Pilovski, 306 Main Street, East Rutherford, NJ 07073-1731 |
| 518774739 | | Sunnova Asset Portfolio 4 LLC, c/o Corporation Service Company, Princeton South Corporate Center, 100, Ewing Boulevard, Suite 160, Ewing, NJ 08628 |
| 518774740 | | Tenaglia and Hunt, 396 West Passaic Street, Suite 205, Rochelle Park, NJ 07662 |
| 518811347 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518774726 | | EDI: CAPITALONE.COM | Jun 09 2022 00:43:00 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 518774727 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 20:49:17 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 518774729 | ^ | MEBN | Jun 08 2022 20:43:01 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518774730 | ^ | MEBN | Jun 08 2022 20:44:05 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 518774732 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 20:48:00 | Kohls/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 518779470 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518842781 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518828702 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 08, 2022 | Form ID: 148 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | | One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518774736 | ^ | MEBN | Jun 08 2022 20:44:03 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518808305 | | EDI: Q3G.COM | Jun 09 2022 00:43:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518774738 | ^ | MEBN | Jun 08 2022 20:43:31 | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 518774741 | + | EDI: WFNNB.COM | Jun 09 2022 00:43:00 | The Avenue, 10300 Sanden Drive, Dallas, TX 75238-1735 |
| 518774742 | ^ | MEBN | Jun 08 2022 20:43:53 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 518848911 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 08 2022 20:49:00 | | U.S. Bank National Association, as trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518774743 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 08 2022 20:49:00 | | US Bank, NA, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 518836437 | + | EDI: AIS.COM | Jun 09 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518797694 | + | EDI: WFFC.COM | Jun 09 2022 00:43:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518774744 | + | EDI: WFFC.COM | Jun 09 2022 00:43:00 | Wells Fargo, Auto, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518774737 | *+ | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518774731 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518774734 | ##+ | Modells Sporting Goods, 498 Fashion Avenue, 20th Floor, New York, NY 10018-6738 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | |

District/off: 0312-2                                      User: admin                                            Page 3 of 3
Date Rcvd: Jun 08, 2022                              Form ID: 148                                    Total Noticed: 30

                          on behalf of Debtor Walter Kassner AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Andrew M. Carroll
                          on behalf of Joint Debtor Darlene Kassner AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
                          on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the CSMC Mortgage-Backed
                          Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                          on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
                          magecf@magtrustee.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6